IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LESTER JOSE GONZALEZ,

    Petitioner,

v.                                                                              Case No. 2:26-cv-2017-MSN-atc

SCOTT LADWIG, Acting Director of
the New Orleans Field Office of ICE,
in his official capacity, TRINITY MINTER,
Warden of the West Tennessee Detention Facility,
in her official capacity, and KRISTI NOEM,
Secretary of the Department of Homeland Security,
in her official capacity,

    Respondents.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET, DIRECTING PETITIONER TO EFFECT SERVICE, DIRECTING GOVERNMENT TO RESPOND, AND SETTING HEARING ON REQUEST FOR TEMPORARY RESTRAINING ORDER**

---

    On January 8, 2026, Petitioner Lester Jose Gonzalez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1, "§ 2241 Petition.")  Presently before the Court, however, is Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2, "Emergency Motion"), also filed January 8, 2026.

    The proper respondent in this matter is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  Mellissa B. Harper is the New Orleans

Field Office[1] Director for ICE Enforcement and Removal Operations.[2]  The Clerk is therefore **DIRECTED** to add Mellissa Harper as Respondent and to terminate Scott Ladwig, Trinity Minter, and Kristi Noem as Respondents.

Petitioner is **ORDERED** to **provide immediate service of the § 2241 Petition, the present Emergency Motion, and this Order** to the United States Attorney for the Western District of Tennessee electronically at stuart.canale@usdoj.gov.  Electronic service on the United States Attorney for the Western District of Tennessee is *not* a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

The Court has determined that an expedited response and hearing will assist in resolving the Petitioner's request for a Temporary Restraining Order ("TRO").  Accordingly, Respondent is **ORDERED** to file a response to the Emergency Motion by Wednesday, January 14, 2026.  Further, an **in-person hearing** on Petitioner's request for a TRO is hereby **SET** for Friday, January 16, 2026, at 9:30 a.m., in Courtroom 4 of the Odell Horton Federal Building.

**IT IS SO ORDERED**, this 8th day of January, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] The address for the New Orleans Field Office of ICE's Enforcement and Removal Operations is 181 James Drive W, St. Rose, LA 70087. See https://www.ice.gov/field-office/new-orleans-field-office (last accessed Jan. 8, 2026), archived at https://perma.cc/8DG8-TK9L.

[2] *See* Immigration and Customs Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper. (last accessed Jan. 8, 2026), archived at https://perma.cc/FF95-9K6P.