# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

LESTER JOSE GONZALEZ,

    Petitioner,

v.

SCOTT LADWIG, *Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office*,

    Respondent.

Case No. 2:26-cv-02017-MSN-atc

## ORDER CORRECTING DOCKET

The Court had previously directed that Mellissa Harper be substituted as the respondent in this matter. (ECF No. 11.) The Government now represents, however, that Mellissa Harper is no longer Field Office Director, and that Scott Ladwig is the sole proper respondent as Acting Field Office Director. (ECF No. 18 at PageID 179, n.1.) The Clerk is therefore **DIRECTED** to substitute Scott Ladwig as the sole respondent in this case and update the docket accordingly.

**IT IS SO ORDERED**, this 9th day of February, 2026.

                        *s/ Mark S. Norris*
                        MARK S. NORRIS
                        UNITED STATES DISTRICT JUDGE