**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

LESTER JOSE GONZALEZ,

     Petitioner,

v.                                                                                 Case No. 2:26-cv-02017-MSN-atc

CHRISTOPHER BULLOCK, *Field Office
Director of Immigration and Customs
Enforcement, New Orleans Field Office*,

     Respondent.

**ORDER DENYING MOTION TO ALTER JUDGMENT AS MOOT**

Before the Court is Petitioner's Motion to Alter Judgment (ECF No. 28, "Motion"), filed March 13, 2026. On May 13, 2026, however, Petitioner filed a Notice (ECF No. 31) withdrawing the Motion and indicating that this matter is now moot because Petitioner is subject to a final order of removal. That being the case, Petitioner's detention is now covered by 8 U.S.C. § 1231. Because this matter arose out of Petitioner's challenge to *pre*-removal-order detention, there is no longer a live controversy before the Court. Accordingly, Petitioner's Motion is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 14th day of May, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE